# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRIY VINER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE TOMORROW COMPANIES INC. and STEPHEN GREGORIO,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-63-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 34] |

On April 5, 2024, Plaintiff Dmitriy Viner, Defendant The Tomorrow Companies Inc., and Defendant Stephen Gregorio filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a).  Doc. No. 34.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion.  Accordingly, this action is **DISMISSED with prejudice** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  April 5, 2024

　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge